# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

L.E.A.R

                                                  Plaintiff,

v.                                                 Case No.: 1:21−cv−05542

                                                  Honorable Robert W. Gettleman

U.S. CITIZENSHIP AND IMMIGRATION SERVICES, a federal agency, et al.

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 20, 2021:

    MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's motion for leave to proceed under a pseudonym and for leave to file the memorandum of law in support of his motion and attached exhibits under seal [4] is granted. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.